# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WOODS SERVICES, INC.<br><br>v.<br><br>DISABILITY ADVOCATES, INC., *d/b/a* *Disability Rights New York* | CIVIL ACTION<br><br>NO. 18-296 |
|---|---|

## ORDER RE: MOTION TO DISMISS

AND NOW, this 8th day of May, 2018, upon careful consideration of all submissions and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss (ECF 8) is **DENIED**.

In light of the Court's ruling, Defendant's Motion to Stay Discovery (ECF 16) and Plaintiff's Motion to Strike (ECF 23) are both **DENIED** as moot.

                                                                        BY THE COURT:

                                                                        **/s/ Michael M. Baylson**
                                                                        **MICHAEL M. BAYLSON, U.S.D.J.**